IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION FUND, )
*et al.*, )
        Plaintiffs, )
         )
v. )   Civil Action No. 1:19cv79
         )
6-L MECHANICAL LLC, )
        Defendant. )

## ORDER

On June 19, 2019, United States Magistrate Judge Michael S. Nachmanoff entered a Report and Recommendation ("Report") in this case, recommending that default judgment be entered against Defendant 6-L Mechanical LLC and in favor of plaintiffs.

Upon consideration of the record and Judge Nachmanoff's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 16).

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion for default judgment (Dkt. 12) is **GRANTED**.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

The Clerk of the Court is directed to enter Rule 58 judgment against defendant and in favor of plaintiffs. Judgment should be entered in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against defendant on Count I in the amount of $8,304, which consists of $3,828.50 in delinquent contributions, $382.85 in liquidated damages, $458.86 in prejudgment interest, $2,737.50 in attorney's fees, and $896.29 in attorney's costs. Judgment should be entered in favor of Plaintiff Trustees of the International Training Fund and against defendant on Count II in the amount of $85.79, which consists of $65.00 in delinquent contributions, $13.00 in liquidated damages, and $7.79 in prejudgment interest.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, VA
July 10, 2019

/s/
T. S. Ellis, III
United States District Judge